**Joseph L.A. Felner Jr.**
Connecticut State Marshal
Fairfield County
P.O. Box 596
Fairfield, CT 06824

Cell Phone
(203)209-0430

STATE OF CONNECTICUT

ss: Fairfield        Date: October 9, 2018

COUNTY OF FAIRFIELD

Then and there, by virtue hereof and by special direction of the plaintiffs' attorney, I made service of the within and foregoing original **Summons In A Civil Case, Case Number: 3:18-CV-01630-RNC, Collective Action And Class Action Complaint, Civil Cover Sheet, Order On Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Exhibit A, Notice To Counsel And Pro Se Parties, Order Re: Disclosure Statement, and Tips For Successful CM/ECF Efiling** by leaving a true and attested copy for **Total Look Salon & AMP; SPA et al** at the usual place of abode of **Cher Anderson (President/Treasurer)**, 10 Anvil Road, Southport, CT.

I then made service of the within and foregoing original by leaving a true and attested copy for **Cher Anderson (Individually)** at the usual place of abode 10 Anvil Road, Southport, CT.

COUNTY OF FAIRFIELD        ss: Fairfield        Date: October 11, 2018

I then made service of the within and foregoing original by leaving a true and attested copy for **Pamela Dvorak (Secretary)** at the usual place of abode 25 Rock Ridge Road, Shelton, Ct.

The within and foregoing is the original **Summons In A Civil Case, Case Number: 3:18-CV-01411-MPS, Complaint, Prayer for Relief, United State District Court District Of Connecticut Order On Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, Exhibit A, Notice To Counsel And Pro Se Parties, Order Re: Disclosure Statement, and Tips For Successful CM/ECF Efiling** with my doings thereon endorsed.

ATTEST: _____

*Joseph L.A. Felner Jr.*
Connecticut State Marshal
Fairfield County

Fees:
Service Fee      $ 100.00
Travel              189.05
Verified Copies     105.00
Endorsement           5.20
Total            $ 399.25