## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICOLE JOHNSON, individually and on behalf of all other similarly situated individuals,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**TOTAL LOOK SALON & SPA and CHER ANDERSON,**<br><br>**DEFENDANTS.** | CIVIL NO.<br>3:18-CV-01630 (RNC)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 26, 2019 |

### NOTICE OF FILING OF PLAINTIFF'S UNOPPOSED MOTION
### FOR ENTRY OF FINAL APPROVAL

The Plaintiff, Nicole Johnson, through her counsel, Mitchell & Sheahan, P.C., serves notice that she has submitted the attached unopposed motion for entry of final approval order with the defense counsel's review for final approval.

          THE PLAINTIFF,
          Nicole Johnson

          By: /s/ Gary Phelan
          Gary Phelan (Juris No. 03670)
          gphelan@mitchellandsheahan.com
          Mitchell & Sheahan, P.C.
          80 Ferry Blvd., Suite 216
          Stratford, CT 06615
          Tel.: 203-873-0240

## CERTIFICATION

I HEREBY CERTIFY that on this November 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: /s/ Gary Phelan
Gary Phelan